**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HASSAN ABBEY & YUSSUR ABRAR )<br>1164 Silver Beech Road )<br>Herndon, Virginia 20170, )<br>    )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>MODERN AFRICA ONE, LLC, a Delaware )<br>limited liability company )<br>1100 Connecticut Ave., N.W. )<br>Washington, D.C. 20006, )<br>    )<br>DISCOVERYTEL, INC., a Delaware Corporation )<br>1 Talcott Plaza )<br>Hartford, Connecticut 06103, )<br>    )<br>STEPHEN CASHIN )<br>3120 Woodley Road, N.W. )<br>Washington, D.C. 20008, )<br>    )<br>    and )<br>    )<br>NILES HELMBOLDT )<br>Low Farthing Bank )<br>Dumfriesshire, DG348H )<br>Scotland, United Kingdom, )<br>    )<br>    Defendants. )<br>_____) | Civil Action No. 1:03-cv-00259-ESH |

**MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, TO DISMISS BY
DEFENDANTS MODERN AFRICA ONE, LLC,
DISCOVERYTEL, INC., STEPHEN CASHIN, AND NILES HELMBOLDT**

Defendants, Modern Africa One, LLC, DiscoveryTel, Inc., Stephen Cashin, and Niles Helmboldt (collectively, the "Defendants"), by counsel, hereby move the Court, pursuant to 28 U.S.C. § 1404(a), 28 U.S.C. § 1412, and Fed.R.Civ.P. 12(b)(6) for an order (i) transferring venue to the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division

- 2 -

or, alternatively, (ii) dismissing this action on the basis that the claims are barred by the doctrine of waiver, the doctrine of collateral estoppel, and by the preclusive effect of the Bankruptcy Court's September 19, 2002 preliminary injunction (as amended on October 23, 2002) and the Bankruptcy Court's December 20, 2002 Order approving the sale of assets to Modern Africa One, LLC.  In support of its Motion, Defendants rely on the accompanying memorandum of law, Declaration of Francis Nyirjesy (in support of the Motion to Transfer Venue), and exhibits attached hereto.

                                            MODERN AFRICA ONE, LLC,
                                            DISCOVERYTEL, INC.,
                                            STEPHEN CASHIN and
                                            NILES HELMBOLDT


                                            By: _____/s/_____
                                                            Counsel

John Jay Range, D.C. Bar No. 376028
Peter J. Loughlin, D.C. Bar No. 475542
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 955-1500

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Motion to Transfer Venue or, Alternatively, to Dismiss, Memorandum of Law, Declaration of Francis Nyirjesy, Exhibits, and Proposed Orders were mailed on this 6th day of October, 2003, by first class mail, postage pre-paid, to:

> Donald M. Temple
> Temple Law Offices
> 1200 G Street, N.W., Suite 370
> Washington, DC  20005

                             /s/
_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HASSAN ABBEY & YUSSUR ABRAR, )<br>   )<br>   Plaintiffs, )<br>   )<br>   v. )<br>   )<br>MODERN AFRICA ONE, LLC, et al, )<br>   )<br>   Defendants. )<br>_____) | Civil Action No. 1:03-cv-00259-ESH |

**ORDER**

Upon consideration of the Motion to Transfer Venue or, Alternatively, to Dismiss by Defendants Modern Africa One, LLC, DiscoveryTel, Inc., Stephen Cashin and Niles Helmboldt, the memorandum and other papers in support thereof, the opposition thereto, and good cause appearing, it is hereby:

**ORDERED**, that the Motion to Transfer Venue is GRANTED; and it is further

**ORDERED**, that venue in this action will be transferred to the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division pursuant to 28 U.S.C. §§ 1404(a) and 1412; and it is further

**ORDERED,** that the Motion to Dismiss is denied without prejudice pending transfer of this matter such that the issues presented in that motion may be presented to the United States Bankruptcy Court for the Eastern District of Virginia.

It is this _____ day of _____, 2003, **SO ORDERED.**

_____
HON. ELLEN SEGAL HUVELLE
United States District Judge

<u>Copies to</u>:

John Jay Range, D.C. Bar No. 376028
Peter J. Loughlin, D.C. Bar No. 475542
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 955-1500

Donald M. Temple
Temple Law Offices
1200 G Street, N.W., Suite 370
Washington, DC  20005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN ABBEY & YUSSUR ABRAR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:03-cv-00259-ESH |
| ) | |
| MODERN AFRICA ONE, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon consideration of the Motion to Transfer Venue or, Alternatively, to Dismiss by Defendants Modern Africa One, LLC, DiscoveryTel, Inc., Stephen Cashin and Niles Helmboldt, the memorandum and other papers in support thereof, the opposition thereto, and good cause appearing, it is hereby:

**ORDERED**, that the Motion to Transfer Venue is DENIED; and it is further

**ORDERED,** that the Motion to Dismiss is GRANTED; and it is further

**ORDERED,** that the Complaint is dismissed with prejudice.

It is this _____ day of _____, 2003, **SO ORDERED.**


_____
HON. ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

John Jay Range, D.C. Bar No. 376028
Peter J. Loughlin, D.C. Bar No. 475542
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 955-1500

Donald M. Temple
Temple Law Offices
1200 G Street, N.W., Suite 370
Washington, DC  20005