IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN ABBEY & YUSSUR ABRAR )<br>1164 Silver Beech Road )<br>Herndon, Virginia 20170, )<br>   )<br>   Plaintiffs, )<br>   )<br>   v. )<br>   )<br>MODERN AFRICA ONE, LLC, et. al., )<br>   )<br>   Defendants. )<br>   ) | Civil Action No.  1:03cv00259<br>Judge Ellen Huvelle |

## MOTION TO DISMISS DEFENDANT DISCOVERYTEL, INC.

COME NOW Plaintiffs Hassan Abbey and Yussur Abrar, by and through undersigned counsel, pursuant to Fed. R. Civ. Proc. § 41(a)(2), and hereby file this motion to dismiss Defendant DiscoveryTel, Inc. ("DiscoveryTel").  A Memorandum of Points and Authorities in support of this motion is attached hereto.

Dated:  January 5, 2004

                                              Respectfully submitted,

                                              _____/s/_____
                                              Donald M. Temple, Esq.
                                              Temple Law Offices
                                              1200 G Street, N.W. #370
                                              Washington, D.C. 20005
                                              (202) 628-1101

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN ABBEY & YUSSUR ABRAR<br>1164 Silver Beech Road<br>Herndon, Virginia 20170,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br>MODERN AFRICA ONE, LLC, et. al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:03cv00259<br>)<br>)<br>)<br>) |

## MEMORANUDM OF POINTS AND AUTHORITIES TO MOTION TO DISMISS DEFENDANT DISCOVERYTEL, INC.

COME NOW Plaintiffs Hassan Abbey and Yussur Abrar, by and through undersigned counsel, pursuant to Fed. R. Civ. Proc. § 41(a)(2), and hereby file this motion to dismiss Defendant DiscoveryTel, Inc. ("DiscoveryTel").

As grounds for this motion, Plaintiffs hereby state as follows:

1.  Plaintiffs filed their Amended Complaint on August 6, 2003, and caused service of the Amended Complaint on DiscoveryTel on August 15, 2003.

2.  On October 6, 2003, the Defendants filed with this Court a Motion to Transfer Venue, or, Alternatively, Motion to Dismiss.

3.  At this time, DiscoveryTel is not deemed to be an essential or indispensable party to the claims set forth in the Amended Complaint.

4.  DiscoveryTel would not be prejudiced by the Court's entry of an order granting this motion to dismiss DiscoveryTel.

WHEREFORE, counsel respectfully requests that, based upon the foregoing, this Court grant

a dismissal of DiscoveryTel, Inc. as a party to the action pursuant to Fed. R. Civ. Proc. 41(a)(2) and the attached order.

Dated:  January 5, 2004

                                                Respectfully submitted,

                                                _____/s/_____
                                                Donald M. Temple, Esq.
                                                Temple Law Offices
                                                1200 G Street, N.W. #370
                                                Washington, D.C. 20005
                                                (202) 628-1101

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Motion to Dismiss Defendant DiscoveryTel, Inc. were delivered electronically and mailed via first-class mail, postage pre-paid on this 5th day of January 2004 to:

> John Jay Range
> Hunton & Williams LLP
> 1900 K Street, N.W., Suite 1200
> Washington, D.C. 20006

_____/s/_____
Donald M. Temple