**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HASSAN ABBEY & YUSSUR ABRAR )<br>1164 Silver Beech Road )<br>Herndon, Virginia 20170, )<br>        )<br>Plaintiffs, )<br>        )<br>        v.        )<br>        )<br>MODERN AFRICA ONE, LLC, et al., )<br>        )<br>    Defendants.    )<br>_____) | Civil Action No. 1:03cv00259<br>Judge Ellen Huvelle |

## ORDER

Upon consideration of Plaintiffs' Motion to Dismiss Defendant DiscoveryTel, Inc.,

It is this ____ day of _____, 2004

ORDERED, said Motion to Dismiss Defendant DiscoveryTel, Inc. is hereby GRANTED.

_____
Judge Ellen Huvelle

Copies to:

Donald M. Temple, Esq.
Temple Law Offices
1200 Street, N.W. #370
Washington, D.C. 20005

John Jay Range
Peter J. Loughlin
Hunton & Williams, LLP
1900 K Street, NW
Suite 1200
Washington, DC 20006